# PLAINTIFFS' TRIAL EXHIBIT LIST

CASE NO:    C 02-04010 (PVT)                                                                          PAGE NO.1 of 2

PROLOGIS  v. ADVANCED COMPONENT ELECTRONICS

| EXH No. | WITNESS | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|---|
| 1 | Powell Andrews | Layout Plans of 550 and 600 E. Trimble Road | | | | |
| 2 | Powell | Lease between ProLogis Trust and Berman's Diversified Industries | | | | |
| 3 | Powell | Lease between ProLogis Trust and Nor Cal Moving Services | | | | |
| 4 | Calliouette Bath | Material Pick-up / Drop-Off Request Request Form, signed by Advanced Components Electronics's representative dated January 5, 2001 | | | | |
| 5 | Jacobson | Transcript from May 8, 2003 Deposition | | | | |
| 6 | Alboff | Engineering and Fire Investigations Report dated February 21, 2001 (with exhibits) | | | | |
| 7 | Alboff | Expert File | | | | |
| 8 | Van Derostyne | Madsen, Kneppers & Associates, Inc. Report dated February 9, 2001 (with exhibits) | | | | |
| 9 | Andrews | Madsen, Kneppers & Associates, Inc. Report (with exhibits) | | | | |
| 10 | Andrews | Madsen, Kneppers & Associates, Inc. Invoice Summary dated August 9, 2001 | | | | |
| 11 | Andrews | Restoration Management Invoice Back-up | | | | |
| 12 | Andrews | Rene's Janitorial Invoice Back-up | | | | |
| 13 | Andrews | Maurice's General Engineering Invoice Back-up | | | | |
| 14 | Andrews | The Sullivan Group Invoice Back-up | | | | |
| 15 | Andrews | Har-Bro Invoice Back-up | | | | |
| 16 | Andrews | Pirmian Builders Invoice Back-up | | | | |
| 17 | Andrews | Pacific Surfacing Invoice Back-up | | | | |
| 18 | Andrews | Geotechnical Engineer Invoice Back-up | | | | |
| 19 | Andrews | Nor Cal Invoice Back-up | | | | |
| 20 | Andrews | Schwein/Christensen Laboratories, Inc. Invoice Back-up | | | | |

# PLAINTIFFS' TRIAL EXHIBIT LIST

CASE NO:    C 02-04010 (PVT)                                              PAGE NO.2 of 2

PROLOGIS v. ADVANCED COMPONENT ELECTRONICS

| EXH No. | WITNESS | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|---|
| 21 | Andrews | Photographs | | | | |
| 22 | Andrews | Madsen Kneppers & Associates Invoices | | | | |
| 23 | Andrews | Expert File | | | | |
| 24 | Hilson Moran | Arbitration Demand by Berman's Diversified Industries regarding Berman's Diversified Industries v. Advanced Component dated January 2002 | | | | |
| 25 | Hilson Moran | Arbitration Response from Berman's Diversified Industries v. Advanced Component dated January 14, 2002 | | | | |
| 26 | Hilson Moran | Arbitration Forums, Inc. Decision dated March 6, 2002 regarding Bermans' Diversifed Industries v. Advanced Component Electronics | | | | |
| 27 | Filson Gall | San Jose Fire Department, Incident Report No. 34293 dated January 9, 2001 | | | | |
| 28 | Fitzgerald | Tyson Fire Investigation Report dated February 7, 2001 | | | | |
| 29 | Fitzgerald | Tyson Fire Investigation Supplemental Report dated May 7, 2001 | | | | |